**FILED**
CLERK, U.S. DISTRICT COURT
10/14/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　　　　Plaintiff,<br>v.<br><br>MARTIN CHAVEZ, an individual; DEVONSHIRE TOPANGA PLAZA, LLC, a California limited liability company; and DOES 1-10, inclusive,<br>　　　　　Defendants. | **CASE No.: 2:20−cv−03481−PSG−RAO**<br><br>[~~Proposed~~] **JUDGMENT** |

~~Proposed~~ JUDGMENT

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff ANTHONY BOUYER shall have JUDGMENT in his favor against Defendants DEVONSHIRE TOPANGA PLAZA LLC and MARTIN CHAVEZ ("Defendants") for Defendants' violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendants from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendants provide an ADA compliant premises located at 21915 Devonshire Street, Chatsworth, California 91311 that is readily achievable.

(2) ~~Statutory damages in the amount of $8,000.00 pursuant to Cal. Civ. Code § 52(a).~~

(3) Attorneys' fees and costs in the amount of $5,127.00.

DATED: 10/14/20

_____
**Hon. PHILIP S. GUTIERREZ,**
United States District Judge

---

1
~~Proposed~~ JUDGMENT